IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL CASE NO. 1:91-CR-0454-01-SCJ |
| SYLVIA MICKLE | |

### ORDER

This matter is before the Court for consideration of the Report and Recommendation of Magistrate Judge E. Clayton Scofield III [Doc. No. 19], to which no objections have been filed. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, the Motion to Expunge Charges as filed *pro se* by defendant Sylvia Mickle [Doc. No. 16] is hereby **DENIED**.

**IT IS SO ORDERED** this 7th day of January, 2015.

s/Steve C. Jones
STEVE C. JONES
UNITED STATES DISTRICT JUDGE